STATE OF NEW JERSEY v. ANTHONY J. CASALE.

May 2, 1973. Petition for certification denied.

WILLIAM DALY v.
BOARD OF ADJUSTMENT, TOWNSHIP OF COLTS NECK.

May 2, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. LARRY GARRETT.

May 2, 1973. Petition for certification denied.

ANNETTE SHARP SIDWA v. JOHN L. SIDWA.

May 2, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. FRANK HENRY MONPRODE.

May 2, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. LARRY JOHNSON.

May 2, 1973. Petition for certification denied.